No. 79-5267. ·PEREZ v. WAINWRIGHT, SECRETARY, DEPARTMENT OF OFFENDER REHABILITATION OF FLORIDA. C. A. 5th Cir. [Certiorari granted, 444 U. S. 1070.] Judgment vacated and case remanded for further consideration in light of the decision in *Cuyler* v. *Sullivan,* 446 U. S. 335, 342-345

(1980), on the application of the Sixth and Fourteenth Amendments to claims arising from the conduct of retained counsel. 